UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERICK CORTEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO STATE PRISON OFFICER,<br><br>　　　　Defendant. | No. 2:23-cv-00170-DJC-CKD<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On July 18, 2023, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

　　　　The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. In addition, the Court has reviewed the Magistrate Judge's June 5, 2023 Order (ECF No. 6) which the Court finds is also supported by the record and the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 18, 2023, are adopted in full.
2. This action is dismissed without prejudice. *See* Local Rule 110; Fed. R. Civ. P. 41(b).
3. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated:  **September 6, 2023**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

12/cort0170.800

2